UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-24123-CIV-ALTONAGA

**THEODORE D. KARANTSALIS**,

    Plaintiff,
v.

**CITY OF MIAMI SPRINGS, FLORIDA**,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** came for a bench trial before the Court on September 26, 2022 [ECF No. 114]. Pursuant to Federal Rule of Civil Procedure 52, a court presiding over a bench trial "must find the facts specially and state its conclusions of law separately." Fed. R. Civ. P. 52(a)(1). The Court may state its findings and conclusions "on the record after the close of the evidence[,]" *id*. (alteration added), as it did after the parties' closing statements. For the reasons provided on the record, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant with respect to Plaintiff's four remaining claims addressed at trial. The Court reserves jurisdiction over any request for fees and costs after proper conferral between the parties.

**DONE AND ORDERED** in Miami, Florida, this 27th day of September, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record