**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  19-24123-CIV-ALTONAGA**

**THEODORE D. KARANTSALIS**,

      Plaintiff,

v.

**CITY OF MIAMI SPRINGS,**
**FLORIDA**,

      Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*.  On December 19, 2022, Plaintiff, Theodore Karantsalis filed a Motion for Relief from Judgment and Sanctions [ECF No. 130]. The Motion renders Defendant, the City of Miami Springs's Motion to Tax Costs [ECF No. 116] and Plaintiff's Motion for Entitlement to Attorney's Fees [ECF No. 127] premature. Accordingly, it is

      **ORDERED AND ADJUDGED** that Defendant, the City of Miami Springs's Motion to Tax Costs **[ECF No. 116]** and Plaintiff's Motion for Entitlement to Attorney's Fees **[ECF No. 127]** are **DENIED** as premature.

      **DONE AND ORDERED** in Miami, Florida, this 20th day of December, 2022.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record